```
Alliant CU
Attn: Bankruptcy
Po Box 66945
Chicago, IL 60666


Ally Financial
Attn: Bankruptcy Dept
Po Box 380901
Bloomington, MN 55438


Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998


Associated Banc-Corp
43 main St.
Green Bay, WI 54301


Bank of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634


Barclays Bank Delaware
Attn: Correspondence
Po Box 8801
Wilmington, DE 19899


BMO Harris
Attn: Bankruptcy
770 N Water St
Milwaukee, WI 53202


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Celtic Bank
268 south State Street
Suite 300
Salt Lake City, UT 84111
```

```
Chase Card Services
Correspondence Dept
Po Box 15298
Wilmington, DE 19850


Citibank/The Home Depot
Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179


Citicards
Citicorp Credit Services/Attn: Centraliz
Po Box 790040
Saint Louis, MO 63179


Credit One Bank
Attn: Bankruptcy
Po Box 98873
Las Vegas, NV 89193


Elan Financial Service
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19010


Knight Capital Funding
9 East Loockerman Street
Ste 202-543
Dover, DE 19901


Lending Club Corp
71 Stevenson St
Suite 300
San Francisco, CA 94105


Lyon Industries - Chicago, Inc.
822 Elswick Ct
Fort Mill, SC 29708
```

Melissa A. Lyon
170 No. Sycamore Street
#A
Hinckley, IL 60520


Peri Garnge


South Carolina Dept. of Revenue
300A Outlet Pointe Boulevard
Columbia, SC 29210


Syncb/Toys "R" Us
Attn: Bankruptcy
Po Box 965004
Orlando, FL 32896


Synchrony Bank/Lowes
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896


Target
Target Card Services
Mail Stop NCB-0461
Minneapolis, MN 55440


Tiffany Hughes
22 W. Washington St
Suite 1500
Chicago, IL 60602